**Matthew G. Koyle** (#12577)
2661 Washington Blvd Ste 103
Ogden, Utah 84401
Telephone: 801-675-8678
Fax: 801-807-0141
matthew@koylelaw.com

*Counsel for Debtor*

## UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| IN RE: | Case No: 26−24003 MFT |
| Maikel Brad Bailey and Michelle Ann Bailey | Chapter 13 |
| Debtors | |

### MOTION TO EXTEND TIME TO FILE DOCUMENTS

Comes now Debtor, through counsel, and moves the Court for an Order to Extend Time

to File Documents.  The extension is requested because counsel for Debtor is currently on

vacation and experienced a vehicle problem which took away two days of time, preventing the

preparation of documents.  Debtor requests that the deadline be extended to July 27,, 2026 to file

the outstanding documents, including the following: Chapter 13 Statement of Current Monthly

and Disposable Income, Declaration/Schedules, Signatures, Attorney Compensation Disclosure

Statement, Chapter 13 Plan, Summary of Assets and Liabilities, Statement of Financial Affairs

and Schedules.

Dated this 16th day of July, 2026.

/s/ Matthew G. Koyle
Matthew G. Koyle
*Counsel for Debtor*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 30th day of June, 2026, I served via CM/ECF filing a true and correct copy of this motion to the following:

- **Lon Jenkins tr**   ecfmail@ch13ut.org, lneebling@ch13ut.org
- **United States Trustee**   USTPRegion19.SK.ECF@usdoj.gov

/s/ Matthew G. Koyle